UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Donald Syphers

        v.                            Civil No. 07-cv-155-JD

United States of America


PROCEDURAL ORDER


        The movant has filed a motion under 28 U.S.C. § 2255 to

vacate, set aside, or correct the sentence ordered by the court

following the movant's guilty plea in United States v. Donald

Syphers, Cr. 03-112-JD.  The court has reviewed the motion.

        The court orders the United States Attorney to file an

answer within sixty (60) days of the date of this order, which

answer shall provide a detailed response, with appropriate

references to the record when necessary, to each claim asserted

by the movant.

        In the event that the United States Attorney contends that

the motion is not timely filed under the limitations provided for

in 28 U.S.C. § 2255 or that it is a second or successive motion,

a motion to dismiss in lieu of a response shall be filed within

thirty (30) days of the date of this order.

    SO ORDERED.


Joseph A. DiClerico, Jr.
District Judge

May 29, 2007

cc:  Donald Syphers, pro se
     United States Attorney

2